## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MICHAEL W. BROWN,

      Plaintiff,

vs.                                                CASE NO. 3:04-cv-161-J-HTS

CSX TRANSPORTATION, INC.,

      Defendant.

_____

## O R D E R

The Court has been notified that the above-styled cause has been settled. *See* Defendant, CSX Transportation, Inc.'s, Notice of Settlement (Doc. #84). Accordingly, pursuant to Rule 3.08(b), Local Rules, United States District Court, Middle District of Florida, the Court now

      **ORDERS and ADJUDGES:**

That the above-styled cause be and the same is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days from the date of this Order to enter a stipulated form of final order or judgment or to show good cause why the case should be reopened for further proceedings.

      **DONE AND ORDERED** at Jacksonville, Florida this 30th day of January, 2006.

                                    Howard T. Snyder
                                 _____
                                  HOWARD T. SNYDER
                                  United States Magistrate Judge

Copies to:

Counsel of Record and
    *pro se* parties, if any